UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CR421-0047

| UNITED STATES OF AMERICA | ) INDICTMENT NO. |
| --- | --- |
| v. | ) 18 U.S.C. § 1001(a)(2) |
| | ) False Statement |
| ERIC T. NAKAMURA | ) |

U. S. DISTRICT COURT
Southern District of Ga.
Filed In Office
4:45 P M
MAR 3 2021
Deputy Clerk

THE GRAND JURY CHARGES THAT:

### COUNTS ONE THROUGH THREE
*False Statement Made to a Department or Agency of the United States*
18 U.S.C. § 1001(a)(2)

That on multiple occasions between on or about July 20, 2020 and July 28, 2020,

**ERIC T. NAKAMURA,**

did willfully and knowingly make materially false, fictitious, and fraudulent statements and representations in a matter within the jurisdiction of the executive branch of the Government of the United States, by reporting that on July 20, 2020, he was stabbed with a knife and robbed by an unknown person in an Army uniform with the name tape "Brown," to the following federal agents, on the following dates, and at the following locations:

| COUNT | AGENT | DATE | LOCATION |
| --- | --- | --- | --- |
| 1 | Special Agent Juan Gonzalez-Paniagua, Army Criminal Investigation Command | July 20, 2020 | Savannah, in the Southern District of Georgia |

|   |   |   |   |
|---|---|---|---|
| 2 | Special Agent Aaron Hensley, Army Criminal Investigation Command | October 14, 2020 | Hunter Army Airfield, in the Southern District of Georgia |
| 3 | Special Agent Ewen Tesot, Army Criminal Investigation Command | February 1, 2021 | Hunter Army Airfield, in the Southern District of Georgia |

The statements and representations were false because, as ERIC T. NAKAMURA at those times and locations knew, on or about July 20, 2020, he had stabbed himself with a knife, and had not been robbed.

All in violation of Title 18, United States Code, Section 1001(a)(2).

*(Signatures on the next page)*

2

A True Bill.

F

David H. Estes
Acting United States Attorney

Darron J. Hubbard
Special Assistant United States Attorney
*Lead Counsel

Karl I. Knoche
Assistant United States Attorney
Chief, Criminal Division

3