UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CR421-0047

| UNITED STATES OF AMERICA | ) INDICTMENT NO. |
|---|---|
| v. | ) 18 U.S.C. § 1001(a)(2) |
| | ) False Statement |
| ERIC T. NAKAMURA | ) |

U. S. DISTRICT COURT
Southern District of Ga.
Filed In Office
4:45 PM
MAR 3 2021 20
Deputy Clerk

PENALTY CERTIFICATION

The undersigned Assistant United States Attorney hereby certifies that the maximum penalties for the offenses charged in the Indictment are as follows:

Counts 1-3:   False Statement Made to a Department or Agency of the United States
18 U.S.C. § 1001(a)(2)

- Not more than five (5) years confinement
- Not more than a $250,000 fine, or both
- Not more than five (5) years of supervised release
- $100 special assessment

Respectfully submitted,

DAVID H. ESTES
ACTING UNITED STATES ATTORNEY

*s/ Darron J. Hubbard*

Darron J. Hubbard
Special Assistant United States Attorney
IL Bar Number 6313078