UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

**CLERK'S MINUTES**

| | |
|---|---|
| **CASE NO.:** 4:21cr47 | **DATE:** 04/12/2021 |
| **UNITED STATES OF AMERICA** | **TIME:** 10:02 - 10:08 AM |
| v. | **LOCATION:** Savannah |
| **ERIC T. NAKAMURA** | |

| | |
|---|---|
| **Judge:** Christopher L. Ray, US Magistrate Judge | **Courtroom Deputy:** Molly Davenport |
| **Court Reporter:** FTR-SAV | **Interpreter/Law Clerk:** |
| **Probation Officer:** Lauren McDaniel | **Security:** CSO Bill/USMS Gerry |
| **Attorney(s) for Government:** Darron Hubbard | |
| **Attorney(s) for Defendant:** | |

**PROCEEDINGS:**   **INITIAL APPEARANCE/ARRAIGNMENT**

- [ ] Defendant advised of rights and the government's disclosure obligations
- [ ] Defendant advised of charges and penalties
- [ ] Defendant qualifies for court appointed counsel
- [ ] Not guilty plea entered
- [ ] Defendant's pretrial motions due within _____ days; Government response due 14 days thereafter.
- [ ] Government moves for detention:
    - [ ] Defendant requests 5 days to prepare for detention hearing
    - [ ] Government requests 3 days to prepare for detention hearing
    - [ ] Defendant waives detention hearing at this time
    - [ ] Detention hearing scheduled for:
    - [ ] Detention hearing held.
- [ ] Defendant released on an Appearance Bond
- [ ] Defendant released with supervision
- [ ] Defendant detained pending a detention hearing
- [ ] Defendant detained pending trial
- [ ] Defendant remanded to the custody of the US Marshal

**ADDITIONAL COMMENTS:**

Defendant failed to appear.

AUSA Hubbard advised the Court that they were told by the defendant's spouse that the defendant is in Coastal Harbor in Savannah.

ORAL MOTION for a warrant to be issued for the defendant's arrest upon completion of medical treatment.  IT IS ORDERED that a warrant be issued and the USMS is instructed to allow the defendant to complete any and all in-patient therapy prior to his arrest.