UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CLERK'S MINUTES

| | |
|---|---|
| **CASE NO.:** 4:21cr47 | **DATE:** 07/13/2021 |
| **UNITED STATES OF AMERICA** | **TIME:** 9:02 am - 9:27 am |
| v. | **LOCATION:** Savannah |
| **ERIC T. NAKAMURA** | |

| | |
|---|---|
| **Judge:** Christopher L. Ray, US Magistrate Judge | **Courtroom Deputy:** Jaime Hanna |
| **Court Reporter:** FTR-SAV | **Interpreter/Law Clerk:** |
| **Probation Officer:** Lauren McDaniel | **Security:** CSO Keith/USMS Joel |
| **Attorney(s) for Government:** Darron Hubbard | |
| **Attorney(s) for Defendant:** Brian Joe Huffman | |

**PROCEEDINGS:** INITIAL APPEARANCE/ARRAIGNMENT

- [✓] Defendant advised of rights and the government's disclosure obligations
- [✓] Defendant advised of charges and penalties
- [✓] Defendant qualifies for court appointed counsel
- [✓] Not guilty plea entered
- [✓] Defendant's pretrial motions due within  30  days; Government response due 14 days thereafter.
- [ ] Government moves for detention:
    - [ ] Defendant requests 5 days to prepare for detention hearing
    - [ ] Government requests 3 days to prepare for detention hearing
    - [ ] Defendant waives detention hearing at this time
    - [ ] Detention hearing scheduled for:
    - [ ] Detention hearing held.
- [✓] Defendant released on an Appearance Bond
- [✓] Defendant released with supervision
- [ ] Defendant detained pending a detention hearing
- [ ] Defendant detained pending trial
- [ ] Defendant remanded to the custody of the US Marshal

**ADDITIONAL COMMENTS:**

Defendant released on a $15,000.00 unsecured bond, with conditions of supervision.