UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) SUPERSEDING INDICTMENT NO.<br>) 4:21-CR-047<br>) |
| v. | ) |
| ERIC T. NAKAMURA | ) 18 U.S.C. § 1001(a)(2)<br>) False Statement |

THE GRAND JURY CHARGES THAT:

### COUNTS ONE THROUGH THREE
*False Statement Made to a Department or Agency of the United States*
18 U.S.C. § 1001(a)(2)

That on multiple occasions between on or about July 20, 2020 and February 1st, 2021,

### ERIC T. NAKAMURA,

did willfully and knowingly make materially false, fictitious, and fraudulent statements and representations in a matter within the jurisdiction of the executive branch of the Government of the United States, by reporting that on July 20, 2020, he was stabbed with a knife and robbed by an unknown person in an Army uniform with the name tape "Brown," to the following federal agents, on or about the following dates, and at the following locations:

| COUNT | AGENT | DATE | LOCATION |
|---|---|---|---|
| 1 | Special Agent Juan Gonzalez-Paniagua, Army Criminal Investigation Department | July 20, 2020 | Savannah, in the Southern District of Georgia |

| | | | |
|---|---|---|---|
| 2 | Special Agent Aaron Hensley, Army Criminal Investigation Department | October 14, 2020 | Hunter Army Airfield, in the Southern District of Georgia |
| 3 | Special Agent Ewen Tesot, Army Criminal Investigation Department | February 1, 2021 | Hunter Army Airfield, in the Southern District of Georgia |

The statements and representations were false because, as ERIC T. NAKAMURA at those times and locations knew, on or about July 20, 2020, he had stabbed himself with a knife, and had not been robbed.

All in violation of Title 18, United States Code, Section 1001(a)(2).

A True Bill

David H. Estes
Acting United States Attorney

Darron J. Hubbard
Special Assistant United States Attorney
*Lead Counsel

Karl I. Knoche
Assistant United States Attorney
Chief, Criminal Division